IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-0291-WS-C |
| | ) | |
| KARLOS DEVON JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on defendant's *pro se* filing styled "Motion to Reconsider" (doc. 28). In that Motion, defendant, Karlos Devon Johnson, requests a reduction of his 37-month prison sentence imposed by this Court on May 24, 2012, on the grounds that he has learned his lesson, his family is experiencing hardship because of his incarceration, and he has employment opportunities awaiting him upon release.

This Court cannot grant Johnson the relief he seeks at this time. Applicable law is clear that "[t]he authority of a district court to modify an imprisonment sentence is narrowly limited by statute." *United States v. Phillips*, 597 F.3d 1190, 1194-95 (11th Cir. 2010); *see also United States v. Liberse*, 688 F.3d 1198, 1201 (11th Cir. 2012) ("As a general rule, district courts may not modify a term of imprisonment once it has been imposed.") (citation omitted); *United States v. Jackson*, 613 F.3d 1305, 1308 (11th Cir. 2010) ("A district court may not modify a term of imprisonment once it has been imposed, except in some cases where modification is expressly permitted by statute or Fed.R.Crim.P. 35."). Johnson's Motion seeks relief that goes well beyond such narrow limitations, and does not implicate Rule 35 or 18 U.S.C. § 3582(c). Accordingly, this Court lacks authority to modify his sentence in the manner requested. The Motion to Reconsider (doc. 28) is **denied**.

DONE and ORDERED this 9th day of January, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE